170 So.2d 510

**The UNION BANK**

**v.**

**Anthony J. ROY, Jr.**

No. 47567.

Jan. 18, 1965.

In re: The Union Bank applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 168 So.2d 716.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

170 So.2d 511

**In re C. P. LaFITTE applying for adoption.**

No. 47571.

Jan. 18, 1965.

In re: C. P. LaFitte applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 168 So.2d 837.

It is ordered that the writ of review issue; that the Court of Appeal send up the

record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

170 So.2d 511

**Mrs. Winnie Best WOODARD**

**v.**

**HARTFORD ACCIDENT AND INDEMNITY CO.**

No. 47573.

Jan. 21, 1965.

In re: Hartford Accident and Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 168 So.2d 865.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.